# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Brunswick Corporation     v.     Cobalt Boats, LLC

No. 17-1065

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se     ☒ As counsel for: Brunswick Corporation, Sea Ray Boats, Inc.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner     ☐ Respondent     ☐ Amicus curiae     ☐ Cross Appellant

☒ Appellant     ☐ Appellee     ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant     ☐ Respondent or appellee

| | |
|---|---|
| Name: | Aaron T. Olejniczak |
| Law Firm: | Andrus Intellectual Property Law, LLP |
| Address: | 100 East Wisconsin Avenue, Suite 1100 |
| City, State and Zip: | Milwaukee, WI 53202 |
| Telephone: | (414) 271-7590 |
| Fax #: | (414) 271-5770 |
| E-mail address: | aarono@andruslaw.com |

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 4/27/2007

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes     ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Nov 1, 2016     Signature of pro se or counsel  /s/Aaron T. Olejniczak

cc: Penny R. Slicer, Colin W. Turner, B. Scott Eidson, Samir Ramesh Mehta

Reset Fields